IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | |
|---|---|
| SANTOS D. TORRES-OLAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ATTORNEY GENERAL OF PENNSYLVANIA, SUPERINTENDENT OF SCI-HUNTINGDON, DISTRICT ATTORNEY OF ERIE COUNTY,<br><br>　　　　Defendants, | 1:22-CV-00019-RAL<br><br>RICHARD A. LANZILLO<br>UNITED STATES MAGISTRATE JUDGE<br><br>ORDER ON PETITION FOR WRIT OF HABEAS CORPUS<br><br>IN RE: ECF NO. 5 |

　　　　On March 10, 2022, Petitioner, a prisoner in the custody of the Pennsylvania Department of Corrections, initiated this action by filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 5. On May 16, 2022, Respondents filed a response to the petition arguing that Petitioner's failed to exhaust state remedies. ECF No. 16. In their Response, Respondents argued that Petitioner's state court Pennsylvania Post-Conviction Relief Act (PCRA) proceeding is still awaiting final decision in Pennsylvania Superior Court. *Id*. Although the Superior Court has now rendered a decision affirming the denial of his PCRA petition, *see Commonwealth v. Torres-Olan*, 290 A.3d 650 at *3 (Pa. Super. Ct. 2022), Petitioner has filed a petition for allowance of appeal with the Supreme Court of Pennsylvania. *See Commonwealth v. Torres-Olan*, 29 WAL 2023. This Court has independently reviewed the Supreme Court of Pennsylvania's docket and verified that Petitioner's PCRA action remains pending in that court as of this date, awaiting a final order.

Because Petitioner is currently litigating a potentially dispositive issue in state court, the Court will hereby **STAY** and **ADMINISTRATIVELY CLOSE** this case pending conclusion of that state-court proceeding. Within 30 days of the resolution of Petitioner's post-sentence proceeding, Petitioner or Respondents shall notify this Court of the outcome of that proceeding. If Petitioner does not receive the relief he seeks in state court, the Court will reopen this case and provide deadlines for supplemental briefing.

IT IS SO ORDERED this 17th day of May, 2023.

_____
RICHARD A. LANZILLO
Chief United States Magistrate Judge